# Court of Appeals of the State of Georgia

ATLANTA,__March 14, 2022_____

*The Court of Appeals hereby passes the following order:*

## A22E0037.  JONAH ADDIS v. DEAUNA MCQUEEN.

Petitioner, Jonah Addis, has filed an "application for emergency action and temporary restraining order and injunction," seeking interim relief after the entry of a final judgment and decree of divorce and other orders by the Superior Court of Fulton County. Rule 40 (b) provides, in relevant part, that we may only issue "such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Because Petitioner's motion does not meet these requirements, we decline to exercise our limited powers under Rule 40 (b), and the emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/14/2022_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*